FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 2 6 2010

JAMES R LARSEN
_____DEPUTY
SPOKANE, WASHINGTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

RANDY FORTIER ,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

NO.  CV-09-3056-CI

**JUDGMENT IN A
CIVIL CASE**

**DECISION BY THE COURT:**

    This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that:

    Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**.  The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

    DATED this 26th day of August, 2010.

                        JAMES R. LARSEN
                        District Court Executive/Clerk

                        by: _____
                              Deputy Clerk

cc: all counsel